BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Tax Indebtedness of:<br><br>SUEDE BLUE INC.<br><br>Ex Parte UNITED STATES OF AMERICA, and REVENUE OFFICER JENNA WILLIAMS<br><br>    Applicants for Order. | Case No.<br><br>**ORDER TO ENTER UPON PREMISES TO EFFECT LEVY** |

The United States of America and its Revenue Officer, JENNA WILLIAMS, have applied for an Order to enter upon and into the premises of SUEDE BLUE INC., located at 1400 Eureka Road, Roseville, California, for the purpose of searching for, levying upon, and seizing the assets described in the declaration of JENNA WILLIAMS, found therein and subject to levy, in collection of certain due and unpaid assessments of Internal Revenue taxes now outstanding against SUEDE BLUE, INC.

Upon the showing made by the declaration under penalty of perjury of applicant JENNA WILLIAMS, the Court finds that there is probable cause to believe that (1) the taxpayer has outstanding federal tax liabilities, (2) the IRS has made notice and demand upon the taxpayer for such federal tax liabilities, (3) the taxpayer has neglected or refused to pay such federal tax liabilities, and (4) said premises contain assets to which the federal tax liens have attached, and that are subject to levy and seizure. Entries to search for and seize assets of the taxpayer subject to levy under the Internal Revenue laws for collection of its unpaid Federal taxes are reasonable under the circumstances shown.

1  NOW, THEREFORE, IT IS HEREBY ORDERED that JENNA WILLIAMS, and such other
2  officers, contractors and agents as the Internal Revenue Service may designate, hereby are authorized
3  and directed to make multiple entries upon and into the described private business premises, during
4  business hours, or the daytime, for a period not to exceed fourteen (14) days from the date this Order is
5  signed, and to search with the purpose of seizing the taxpayer's assets, including those described in the
6  declaration of JENNA WILLIAMS, found on the premises and subject to levy in accordance with the
7  applicable Internal Revenue laws and regulations of the United States.

It is SO ORDERED this 22nd day of February, 2012, at Sacramento, California.

_____
UNITED STATES MAGISTRATE JUDGE
KENDALL J. NEWMAN